**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sarah Ann Burke, Jason Ulrich, and Micah Grant
Vincent, Defendants,

Of whom Sarah Ann Burke is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000585

––––––––––––––––––

Appeal From Edgefield County
W. Greg Seigler, Family Court Judge

––––––––––––––––––

Unpublished Opinion No. 2020-UP-308
Submitted November 5, 2020 – Filed November 9, 2020

––––––––––––––––––

**AFFIRMED**

––––––––––––––––––

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Lillia Ann Gray, of the South Carolina Department of
Social Services, of Lexington, for Respondent.

Clarke Wardlaw McCants, IV, of Nance & McCants, of Aiken, for the Guardian ad Litem.

_____

**PER CURIAM:**  Sarah Ann Burke appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Burke's counsel.

**AFFIRMED.**[1]

**THOMAS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.